BENJAMIN B. WAGNER
United States Attorney
KEVIN C. KHASIGIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:14-CV-01060-JAM-AC |
| Plaintiff, | UNITED STATES' REQUEST TO EXTEND THE DEADLINE TO FILE JOINT STATUS REPORT AND ORDER |
| v. | |
| ANY INTEREST OR PRINCIPAL PAYMENTS ASSOCIATED WITH "LOAN 1 OF 2" REPRESENTED BY CHECK # 81600 FOR $2,500,000, PAYABLE TO DREW ESTATES LLC DATED JANUARY 2, 2011, and | |
| ANY INTEREST OR PRINCIPAL PAYMENTS ASSOCIATED WITH "LOAN 2 OF 2" REPRESENTED BY CHECK # 81601 FOR $2,500,000, PAYABLE TO DREW ESTATES LLC DATED JANUARY 2, 2011, | |
| Defendants. | |

The United States requests that the Court continue the deadline to file a Joint Status Report from June 30, 2014 to August 29, 2014.

## Introduction

On April 29, 2014, the United States filed a civil forfeiture complaint against the above-captioned assets ("defendant assets") based on their alleged involvement in violations of federal law.  All known potential claimants to the defendant assets have

signed a stipulation forfeiting their interest in the defendant assets.  Additionally, public notice on the official internet government forfeiture site, www.forfeiture.gov, began on May 6, 2014, and ran for thirty consecutive days, as required by Rule G(4)(a)(iv)(C) of Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.  A Declaration of Publication was filed on June 27, 2014.

### Good Cause

The United States has diligently pursued its forfeiture case against the defendant assets.  All known potential claimants have stipulated to the forfeiture of the defendant assets.  To date, no party has filed a claim or answer in this case.  The United States intends to file a Request for Final Judgment of Forfeiture along with the executed stipulation once the publication time has passed.

For these reasons, the United States seeks to continue the deadline to file a Joint Status Report from June 30, 2014 to August 29, 2014, or to another date the Court deems appropriate.

Dated:  6/27/14                              BENJAMIN B. WAGNER
                                             United States Attorney

                                     By:     /s/ Kevin C. Khasigian
                                             KEVIN C. KHASIGIAN
                                             Assistant U.S. Attorney

///

///

///

### ORDER

The Court finds that there is good cause to extend the deadline to file a joint status report in this case from June 30, 2014 to August 29, 2014.

**IT IS SO ORDERED.**

Dated: 6/27/2014                             /s/ John A. Mendez
                                             JOHN A. MENDEZ
                                             United States District Court Judge