BENJAMIN B. WAGNER
United States Attorney
KEVIN C. KHASIGIAN
MICHAEL D. ANDERSON
Assistant U.S. Attorneys
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:14-CV-01060-JAM-AC |
| Plaintiff, | |
| v. | FINAL JUDGMENT OF FORFEITURE |
| ANY INTEREST OR PRINCIPAL PAYMENTS ASSOCIATED WITH "LOAN 1 OF 2" REPRESENTED BY CHECK # 81600 FOR $2,500,000, PAYABLE TO DREW ESTATES LLC DATED JANUARY 2, 2011, and | |
| ANY INTEREST OR PRINCIPAL PAYMENTS ASSOCIATED WITH "LOAN 2 OF 2" REPRESENTED BY CHECK # 81601 FOR $2,500,000, PAYABLE TO DREW ESTATES LLC DATED JANUARY 2, 2011, | |
| Defendants. | |

Pursuant to the Request for Final Judgment of Forfeiture filed herein, the Court finds:

1.   This is a civil forfeiture action against defendants Any Interest or Principal Payments associated with "Loan 1 of 2" represented by check # 81600 for $2,500,000, payable to Drew Estates LLC dated January 2, 2011, and Any Interest or Principal Payments associated with "Loan 2 of 2" represented by check # 81601 for $2,500,000, payable to Drew Estates LLC dated January 2, 2011 (collectively, "defendant properties")

seized on or about May 23, 2013.[1]

2. The United States and potential claimant Alex Goldman entered into several Stipulations and Orders extending the United States' time to file a complaint in Case No. 2:13-MC-00071-TLN-DAD. The last Order was entered on or about March 21, 2014, and it extended the time to file the complaint to May 21, 2014.

3. A Verified Complaint for Forfeiture *In Rem* ("Complaint") was filed on April 29, 2014, alleging that said defendant properties are subject to forfeiture to the United States pursuant to 18 U.S.C. § 981(a)(1)(C).

4. Beginning on May 6, 2014, for at least thirty consecutive days, the United States published Notice of the Forfeiture Action on the official internet government forfeiture site www.forfeiture.gov. A Declaration of Publication was filed on June 27, 2014.

5. On April 8 and 9, 2014 pursuant to a Stipulation for Final Judgment of Forfeiture and/or Consent Judgment of Forfeiture, potential claimants Alex Goldman, Marni Goldman, Mark Goldman, and Laura Goldman agreed to forfeit all of their right, title, and interest in the defendant properties, plus any accrued interest, to the United States pursuant to 18 U.S.C. § 981(a)(1)(A) and (C), to be disposed of according to law. That Stipulation is attached and incorporated as Exhibit A to the Request for Final Judgment of Forfeiture filed herein.

Based on the above findings, and the files and records of the Court, it is hereby ORDERED AND ADJUDGED:

1. That judgment is hereby entered against potential claimants Alex Goldman, Marni Goldman, Mark Goldman, and Laura Goldman and all other potential claimants who have not filed claims in this action.

2. All right, title, and interest of Alex Goldman, Marni Goldman, Mark

---

[1] The defendant properties were seized on May 23, 2013 pursuant to federal seizure warrants signed by Honorable Edmund F. Brennan, Magistrate Judge, Eastern District of California. As part of the seizure warrants, Judge Brennan ordered certain conditions imposed on the defendant properties, specifically, that the Notes not be transferred or extinguished, and any and all disbursements and correspondence be forwarded to the U.S. Marshals Service in Sacramento.

Goldman, and Laura Goldman in the following defendant properties, plus any accrued interest, shall be forfeited to the United States pursuant to 18 U.S.C. § 981(a)(1)(C), to be disposed of according to law:

    a.    Any Interest or Principal Payments associated with "Loan 1 of 2" represented by check # 81600 for $2,500,000, payable to Drew Estates LLC dated January 2, 2011, and

    b.    Any Interest or Principal Payments associated with "Loan 2 of 2" represented by check # 81601 for $2,500,000, payable to Drew Estates LLC dated January 2, 2011.

3. That the United States and its servants, agents, and employees and all other public entities, their servants, agents, and employees, are released from any and all liability arising out of or in any way connected with the seizure or forfeiture of the defendant properties. This is a full and final release applying to all unknown and unanticipated injuries, and/or damages arising out of said seizure or forfeiture, as well as to those now known or disclosed. The potential claimants waived the provisions of California Civil Code § 1542.

4. All parties are to bear their own costs and attorneys' fees.

SO ORDERED THIS 11th day of August, 2014.

                                              /s/ John A. Mendez
                                              JOHN A. MENDEZ
                                              United States District Court Judge